UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Terrance Boyd

RE: CA 00-612ML

Boyd v. USA

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 9 / 23 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

x 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER:

[signature]
United States Magistrate Judge

Date: 9/23/05

cc: Counsel of Record

UNITED SATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Terrance Boyd,
Petitioner

C.A.No.00-612ML

v.

United States of America,
Repondant

MOTION TO ALTER JUDGMENT
PURSUANT TO F.R.Civ.P. 59(e)

Now comes,Terrance Boyd, Pro-Se in a motion to alter judgment and transfer motion 60(b) to the court of Appeals as a Succesive §2255 motion for the following reasons:

1. Petitioner filed his 60 (B) motion in April 2004.

2. Petitioner recieved two pieces of newly discovered evidence on the following dates (A) Affidavit from attoerney Edward St.Onge on Oct. 31, 2003, Explaning the procedure for the Fed. Bureau of Census and the $29,000 price for it, which was needed to get the statistics for a Fair-Cross-Section of the Community claim to establish the underrepresentation or that the distinctive group was excluded. (B) The statistical information which was recieved by my Co-Defendant George Sepulveda in Aug. 2003 to prove the underrepresentation and the exclusion.

3. Petitioner could not raise the violation of a Fair-Cross-Section of the community claim to establish underrepresentationand exclusion because the statistical information requiered was not available untilafter the one year deadline expired for my intial §2255. Petitioner furthermore didnot have the $29,000 to pay for the census data. Without this statistical information my claim of