UNITED SATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Terrance Boyd,
Petitioner

C.A.No.00-612ML

v.

United States of America,
Respondant

MOTION TO ALTER JUDGMENT
PURSUANT TO F.R.Civ.P. 59(e)

Now comes, Terrance Boyd, Pro-Se in a motion to alter judgment and transfer motion 60(b) to the court of Appeals as a Succesive §2255 motion for the following reasons:

1. Petitioner filed his 60 (B) motion in April 2004.

2. Petitioner recieved two pieces of newly discovered evidence on the following dates (A) Affidavit from attoerney Edward St.Onge on Oct. 31, 2003, Explaning the procedure for the Fed. Bureau of Census and the $29,000 price for it, which was needed to get the statistics for a Fair-Cross-Section of the Community claim to establish the underrepresentation or that the distinctive group was excluded. (B) The statistical information which was recieved by my Co-Defendant George Sepulveda in Aug. 2003 to prove the underrepresentation and the exclusion.

3. Petitioner could not raise the violation of a Fair-Cross-Section of the community claim to establish underrepresentationand exclusion because the statistical information requiered was not available untilafter the one year deadline expired for my intial §2255. Petitioner furthermore didnot have the $29,000 to pay for the census data. Without this statistical information my claim of

would have been "Mere Guesswork" as stated by the First Circuit Court of Appeals. See U.S. v. Lara,181 F.3d at 192.

4. Without a transfer a transfer petitioner would be barred from raisng a successive §2255 motion due to the time restraints.

Therefore"A District Court faced with an unproved second or successive habeas petition, must either dismiss it or transfer it to the appropriate court of Appeals". See Barrett,178 F.3d 41 ,N.1. quoting Pratt v. U.S.,129 F.3d 54 (1st Cir. 1997).

**CONCLUSION**

Petitioner prays this Honorable Court transfer the 60(b) motion as a successive §2255 request to deal with the statute of limitation problems so that the newly discovered evidence can be heard.

Respectfullt Submitted

Terrance Boyd

Terrance Boyd#04225-070

# CERTIFICATE OF SERVICE

I, Terrance Boyd, hereby certify that I have served a true and correct copy of the foregoing:

MOTION TO ALTER JUDGEMENT
PURSUANT TO F.R.CIV.P. 59(e)

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

U.S. ATTORNEY
DISTRICT OF RHODE ISLAND
FLEET CENTER
50 KENNEDY PLAZA 8th FL.
PROVIDENCE, RHODE ISLAND 02903

U.S. DISTRICT COURT
OFFICE OF THE CLERK
PROVIDENCE, RHODE ISLAND 02903-1779

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this ~~24th~~ 24Th day of OCT.,

Respectfully Submitted,

Terrance Boyd

REG. NO. 04225-070