Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DLM**

TO: **Terrence Boyd, Pro Se**

RE: **CA 00-612ML**

**Terrence Boyd v United States of America**

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **April 28, 2008**, and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

✓ 1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)) – **Memorandum of Law and Certificate of Service are not signed.**

_____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 6. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

_____ 10. Other: _____

ENTER:
David L Martin
United States Magistrate Judge
cc: Counsel of Record

Date: 4-28-08

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 28 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TERRENCE BOYD, :
Petitioner
:
v. CASE NO. 00-612ML
:
UNITED STATES OF AMERICA, :
Respondent.

# MOTION FOR RELIEF FROM JUDGMENT UNDER 28 U.S.C. § 1651 AND FEDERAL RULES OF CIVIL PROCEDURE, RULE 60(b)

Please take notice that upon the annexed declaration sworn on the 14th day of April, 2008 (and documents attached thereof), and upon the accusatory instrument and all other papers filed and proceedings had herein, Terrence Boyd hereinafter ("Petitioner") respectfully moves This Honorable Court of the District of Rhode Island at the Federal Building and U.S. Courthouse, Two Exchange Terrance, Providence, RI 02903 to address this motion on the 20th day of May 2008, and grant the relief that this Court deems Just and Proper.

Respectfully Submitted,

Terrance Boyd

Terrence Boyd, Pro-se
Reg. No. 04225-070
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000