UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRENCE BOYD

vs. CA 00-612ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the defendant's Motion for Relief from Judgment on or before **June 13, 2008.**

SO ORDERED

Mary M. Lisi
Chief United States District Judge
May 30, 2008

Entered as an Order of this Court on May 30, 2008.

Barbara Barletta
Deputy Clerk