IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CA 00-612ML |
| | ) | |
| TERRENCE BOYD | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGEMENT

The United States of America request an extension of time to answer Defendant's Motion For Relief From Judgment. Currently, the Government's response to the Motion is due on June 13, 2008.

The extension is warranted based on the novelty of the issue, and complexity of Defendant's procedural history. The Defendant was convicted over a decade ago. He is currently serving a life sentence. He has pursued a direct appeal and post conviction relief. The Defendant will suffer no prejudice by this extension. Therefore, the United States requests up to and including July 25, 2008 to respond to this motion.

Respectfully submitted,
UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Gerard B. Sullivan
Gerard B. Sullivan
Assistant U.S. Attorney
RI Bar 3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000/Fax (401) 709 5001
Gerard.Sullivan@usdoj

CERTIFICATION

On June 04, 2008, I caused the within "Government's Motion to Extend Time to Respond to Defendant's Motion for Relief from Judgment" to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Terrence Boyd, 0425-070
US Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

/s/ Gerard B. Sullivan
Gerard B. Sullivan
Assistant U.S. Attorney
RI Bar 3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709 5001
Gerard.Sullivan@usdoj