IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CA 00-612ML |
| | ) | |
| TERRENCE BOYD | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

The United States of America requests a further extension of time to answer Defendant's Motion For Relief From Judgment. The Government's response to the Motion is due on July 25, 2008.

The extension of time is warranted based on the complexity and novelty of the issues raised in the Motion. Defendant's procedural history presents equally complex issues which require additional research in order to adequately address this Motion.

The defendant was convicted over a decade ago and he is currently serving a life sentence. He has pursued a direct appeal and several motions for post-conviction relief. The defendant will suffer no prejudice by this extension. Therefore, the United States requests up to and including August 29, 2008 to respond to this Motion.

Respectfully submitted,
UNITED STATES OF AMERICA,

By its Attorney,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Gerard B. Sullivan
Gerard B. Sullivan
Assistant U.S. Attorney
RI Bar 3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401)709-5000/Fax (401)709-5001
gerard.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

On this 25th day of July, 2008, I caused the within Government's Motion to Extend Time to Respond to Defendant's Motion for Relief from Judgment to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Terrence Boyd, Pro-se
Reg. No. 04225-070
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

/s/ Gerard B. Sullivan
Gerard B. Sullivan
Assistant U.S. Attorney
RI Bar 3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401)709-5000/Fax (401)709-5001
gerard.sullivan@usdoj.gov